UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HENRY GIMENEZ,

                Plaintiff,                      <u>ORDER</u>

   - against-                               CV 12-0669 (JFB)(ETB)

LAW OFFICES OF HOFFMAN & HOFFMAN,
AND JOSEPH A. HOFFMAN,

                Defendants.
-------------------------------------------------------------X

      The plaintiff, Henry Giminez, who is represented by Henry M. Stanziale in this action, is directed to immediately cease any direct or indirect contact with any of the principals of the defendant law firm of Hoffman & Hoffman.

      Any future violation of this Order will subject the plaintiff to sanctions, including contempt.

**SO ORDERED:**

Dated: Central Islip, New York
       December 11, 2012

                                                      /s/ E. Thomas Boyle
                                                      E. THOMAS BOYLE
                                                      United States Magistrate Judge